IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAURA JEAN JOE-CRUZ,

    Plaintiff,

v.                                          No. 16-cv-0258 JCH/WPL

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    January 31, 2017, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **January 31, 2017, at 9:30 a.m.** Counsel must call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss rescheduling the settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.