IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAURA JEAN JOE-CRUZ

    Plaintiff,

v.                                                                    No. 1:16-cv-00258 JCH-WPL

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER

THIS MATTER has come before the Court upon the Parties' Joint Motion to Modify the Scheduling Order (Doc. 61).   The Court, having read the motion and being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the following case management deadlines are modified as follows:

    a)    Deadline for identification of Defendant's testifying experts and service of Defendant's expert reports:   April 14, 2017.

    b)    Termination date for discovery:   July 3, 2017.

    c)    Motions related to discovery:   July 10, 2017

    d)    Pretrial motions, other than discovery motions:   July 17, 2017.

_/s/ William P. Lynch_
HONORABLE WILLIAM P. LYNCH
United States Magistrate Judge

SUBMITTED BY:

*Electronically submitted on 3/14/17*
CHRISTOPHER F. JEU
Assistant United States Attorney
*Attorney for Defendant United States*

APPROVED BY:

*Electronically approved on 3/14/17*
KENNETH WAGNER
*Attorney for Plaintiff*