# Everett Infectious Diseases, PLLC

George Diaz, MD
Expert Witness in Infectious
Diseases

PO Box 143

Edmonds, WA 98020

206-334-0589

Christopher F. Jeu
Assistant United States Attorney
United States Attorney's Office
District of New Mexico
(505) 224-1458 (direct)
Christopher.Jeu@usdoj.gov

April 3, 2017

Dear Christopher Jeu, Assistant US Attorney,

You have asked me to review the medical records and other documents regarding Ms. Laura Jean Joe-Cruz, who has filed suit against the United States for alleged medical negligence in January 2014. Please find my expert report that documents my opinions regarding the treatment rendered.

**Background Facts**

Ms. Joe-Cruz is a Native American female aged 46 in January 2014.

In 2013, she declined influenza vaccination offered by the Canoncito Health Center on two separate occasions.

On January 7, 2014, there is an entry in the medical record indicating that the patient initially checked in to the clinic, but left before she was seen by a medical provider on that day.

On January 9, 2014, the original complaint's exhibit includes Supplement 1 of plaintiff's administrative claim. That includes Ms. Joe-Cruz's description of medical care provided on January 9 that she was told she had influenza, to increase fluid intake and to use Tylenol. There is no evidence in the medical record that Ms. Joe-Cruz saw a provider on that day.

The patient first saw a medical provider based on review of the medical record for respiratory symptoms in the clinic on January 10th, 2014. At that visit, she complained of symptoms beginning on

**EXHIBIT 1**