## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LAURA JEAN JOE-CRUZ

    Plaintiff,

v.                      No. 1:16-cv-00258 JCH-WPL

UNITED STATES OF AMERICA,

    Defendant.

### ORDER GRANTING JOINT MOTION TO PERMIT EXPERT DEPOSITION OUTSIDE DISCOVERY PERIOD

THIS MATTER has come before the Court upon the Parties' Joint Motion to Permit Expert Deposition Outside the Discovery Period (Doc. 76). The Court, having read the motion and being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the following case management deadlines are modified as follows:

    a)      Plaintiff is granted leave to conduct Dr. Diaz's deposition on July 27, 2017.

                                     *William P. Lynch*
                                     HONORABLE WILLIAM P. LYNCH
                                     United States Magistrate Judge

SUBMITTED BY:

*/s/ Erin E. Langenwalter*
ERIN E. LANGENWALTER
Assistant United States Attorney
*Attorney for Defendant United States*

APPROVED BY:

*/s/ Electronically approved June 30, 2017*
KENNETH WAGNER
*Attorney for Plaintiff*